DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CYNTHIA J. RENNICK,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** d/b/a **CHRISTIANA TRUST, NOT INDIVIDUALLY, BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,**
Appellee.

No. 4D22-1599

[April 13, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Gillman, Judge; L.T. Case No. 50-2020-CA-010470-XXXX-MB.

Garrett Kesl of The Ticktin Law Group, Deerfield Beach, for appellant.

Brendan I. Herbert and Henry H. Bolz, IV of Polsinelli PC, Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***